IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**2**

```
-----------------------------------------------------------------
IN RE MICROSOFT CORPORATION              )     MDL Docket No. 1332
ANTITRUST LITIGATION
                                               Hon. J. Frederick Motz
This Document Relates to:
Tyler v. Microsoft Corporation
MDL No. 00-1244
-----------------------------------------------------------------
```

## FINAL JUDGMENT

Pursuant to the Court's Opinion of January 12, 2001,

It is Ordered and Adjudged that <u>Tyler v. Microsoft Corporation</u>, MDL Case No. 00-1244,

originally filed in the United States District Court, Southern District of California, Case No. 99-CV-

2602-S-LSP, including all claims and causes of action asserted therein, is hereby dismissed with

prejudice.

Dated this _2/_ day of _____, 2004.

So Ordered.

Hon. J. Frederick Motz
United States District Judge

Approved as to form:

_____
Counsel for Plaintiff

_____
David B. Tulchin, Counsel for Microsoft Corp.
Sullivan & Cromwell LLP
125 Broad Street, New York, NY 10004